IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Vickie J. McCree, As Personal Representative of the Estate of Ariane L. McCree,<br><br>Plaintiff,<br>vs.<br><br>Chester Police Department; City of Chester; John Doe Officer #1, in his individual capacity; John Doe Officer #2, in his individual capacity; John Doe Officer #3, in his individual capacity; Walmart Inc.; and Wal-Mart Stores East, L.P.,<br><br>Defendants. | Civil Action No. 0:20-CV-00867-MGL-PJG<br><br>**JOINT DISCOVERY PLAN PURSUANT TO RULE 26(f)(3)** |

Plaintiff and Defendants, by and through their respective undersigned attorneys, hereby respectfully submit this report as required by Rule 26(f)(3), FCRCP.

**(A) What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;**

The parties agree that no changes should be made in the timing, form, or requirement for disclosures under Rule 26(a). The parties will make such disclosures no later than April 23, 2020.

**(B) The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;**

The parties agree that discovery will be needed on the following subjects: liability, causation, and damages. The parties agree that discovery should be completed in accordance with the attached proposed Consent Amended Scheduling Order and further agree it is not necessary for discovery to be conducted in phases or be limited to or focused upon particular issues.

1

**(C) Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;**

At this time, there are no issues about disclosure or discovery of electronically stored information. The parties reserve the right to supplement this response and/or seek the assistance of the Court should any such issue arise in the future.

**(D) Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production-whether to ask the court to include their agreement in an order;**

There are no issues regarding claims of privilege or of protection as trial-preparation materials at this time. The parties acknowledge that such issues may arise in the future and, where appropriate, the parties will seek a consent order to resolve the issue. The parties reserve the right to supplement this response.

**(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and**

The parties agree that no limitations on discovery other than those already contained in the Federal Rules of Civil Procedure should be imposed.

**(F) Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).**

The parties agree that additional time is needed to complete the tasks set forth in the Court's Conference and Scheduling Order and hereby request that the Court amend the Scheduling Order to reflect the deadlines as set forth in the proposed Amended Scheduling Order contemporaneously submitted herewith to chambers.

**{*Signature page follows.*}**

Respectfully submitted,

*s/ Colin V. Ram*
Colin V. Ram, Federal ID No. 12958
W. Mullins McLeod, Jr., Federal ID No. 7142
**McCleod Law Group, LLC**
Post Office Box 21624
Charleston, South Carolina 29413
(843) 277-6655 (telephone)
(843) 277-6660 (facsimile)

*Attorney for Plaintiff*


*s/ David L. Morrison*
David L. Morrison, Federal ID No. 3581
david@dmorrison-law.com
Robert G. Cooper, Federal ID No. 299
bob@dmorrison-law.com
**Morrison Law Firm, LLC**
(803) 661-6285 (telephone)
(803) 661-6289 (facsimile)

*Attorneys for Defendants Chester County Police Department and City of Chester*


*s/ Randi Lynn Roberts*
Randi Lynn Roberts, Federal ID No. 12462
rlroberts@gaffneylewis.com
Regina Hollins Lewis, Federal ID No. 7553
rlewis@gaffneylewis.com
**GAFFNEYLEWIS LLC**
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
(803) 790-8838 (telephone)
(803) 790-8841 (facsimile)

*Attorneys for Defendants*

April 3, 2020