# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

## ROCK HILL DIVISION

| | |
|---|---|
| VICKIE J. MCCREE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ARIANE MCCREE<br><br>Plaintiff,<br><br>v.<br><br>CHESTER POLICE DEPARTMENT; CITY OF CHESTER; NICHOLAS A. HARRIS, in his individual capacity; JUSTIN M. BAKER, in his individual capacity; WALMART INC.; and WAL-MART STORES EAST, L.P.,<br><br>Defendants. | Civil Action No.: 0:20-cv-00867-JMC-PJG<br><br>**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

Pursuant to 26(a)(2) of the Federal Rules of Civil Procedure, the above-captioned Plaintiff, by and through her undersigned attorneys, hereby discloses and designates the following as expert witness(es):

William J. Birks, Jr. & Associates, LLC
1605 Heron Lane West
Chester, PA 19380

William J. Birks, Jr. has a degree in Sociology and Criminal Justice from East Stroudsburg University and has been conducting research, writing, and conducting presentations and lectures on security for about thirty-five (35) years. He is most recently affiliated with the International Association of Professional Security Consultants where he is a Chair and a part of the Nominations Committee.

He is expected to testify consistent with his written report as to Walmart store security policies and practices and related store security matters within his experience and training and regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint,

additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

>Kimberly Ann Collins, MD
>1333 Martins Point Road
>Wadmalaw Island, SC 29487

Dr. Collins is a graduate of the University of Georgia with a BS in Microbiology and the Medical College of Georgia. Dr. Collins is presently employed at Newberry Pathology Group, Newberry Memorial Hospital and hold licenses in South Carolina, North Carolina and Georgia and is certified by the American Board of Pathology in Anatomic Pathology, Clinical Pathology and Forensic Pathology. Over the years she has received many community service recognitions and honors, given lectures and speeches and drafted manuscripts for peer-reviewed publications.

She is expected to testify consistent with her written report as to her observations as a forensic pathologist and matters within her experience and training regarding her knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of her opinions are based upon her education, employment experience, and review of case materials. Her qualifications can be found in her curriculum vitae.

>Roy G. Taylor, Ph.D.
>Criminal Justice and Security Consultant
>9650 Strickland Road, Suite 103-162
>Raleigh, NC 27615

Roy Taylor is a professional law enforcement manager with over forty (40) years of experience in federal, state, local and private Police Chief positions. His areas of expertise include law enforcement training, use of force and firearms instruction, recruiting, employee selection,

assignment, supervision, evaluation and retention, curriculum development, policies and procedures design and implementation, anti-terrorism, operation security, force protection, physical security, canine utilization, budgeting, public relations and emergency management. He is presently employed as the Chief of Police Blue Ridge Public Safety and the Use of Force Director at Compliant Technologies.

He is expected to testify consistent with his written report as to law enforcement practices and related matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

Plaintiff reserves the right to designate a responsive expert to any expert Defendants designate after this date. Plaintiff also reserves the right to call any expert witness who may be required to substitute for another expert listed herein in the event that the listed expert becomes unavailable to testify at trial due to circumstances beyond Plaintiff's control. Plaintiff further reserves the right to supplement this list prior to the trial of this case.

Plaintiff certifies through his counsel that pursuant to Fed. R. Civ. P. 26(a)(2)(B) he will serve on all counsel those materials required as part of his expert disclosures.

**[SIGNATURE PAGE FOLLOWS]**

**McLeod Law Group, LLC**
3 Morris Street, Suite A
P.O. Box 21624
Charleston, SC 29413
P: (843)277-6655 F: (843)277-6660

*/s/ Colin V. Ram*
W. Mullins McLeod, Jr., No. 7142
Michael Thomas Cooper, No. 12198
Colin V. Ram, No. 12958

*Attorneys for the Plaintiff*

This 30th day of July 2021
Charleston, South Carolina