# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

## ROCK HILL DIVISION

| | |
|---|---|
| Vickie J. McCree, as Personal Representative of the Estate of Ariane McCree, <br><br> Plaintiffs, <br><br> v. <br><br> City of Chester; Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity; Walmart, Inc.; and Wal-Mart Stores East, L.P., <br><br> Defendants. | Civil Action No. 0:20-00867-JMC-PJG <br><br><br><br><br><br> **CONSENT MOTION TO AMENDED SCHEDULING ORDER** |

The parties, Plaintiff Vickie J. McCree, as Personal Representative of the Estate of Ariane McCree, and Defendants City of Chester, Nicholas A. Harris, Justin M. Baker, Walmart, Inc., and Wal-Mart Stores East, L.P., hereby jointly move pursuant to Fed. R. Civ. P. 16(b)(4) to amend the Fifth Amended Scheduling Order in this case (ECF No. 115).

The Parties have continued to diligently engage in discovery in this case, including through witness depositions, written discovery, and third-party subpoenas. Due to unavoidable circumstances, however, including the illness and quarantine of one of Plaintiff's lead counsel in late January following a full day of depositions in this matter and inclement weather on the date of two subsequent depositions, several depositions scheduled in January and February had to be rescheduled, thus postponing the anticipated completion of discovery in this matter. Accordingly, the Parties respectfully submit there is good cause to request a 60-day extension of the discovery period in this matter to permit the completion of witness depositions and a corresponding extension

of all subsequent deadlines in the Scheduling Order so that the Parties may prepare this matter for trial as soon as practicable.

Counsel for the Parties have closely coordinated with each other and with third-party and expert witnesses to identify dates for rescheduling depositions, which includes the following:

- SLED Agent Brian Tolbert on February 15;
- Michael McCree, Sr. and Michael McCree Jr. on (Saturday) February 19;
- Defendant Harris's Expert Dr. Patricia Meyers on February 22;
- Plaintiff's Expert Dr. Kim Collins on February 24;
- Chester Police Officer Keisha Williams Tobias on February 28;
- Plaintiff's Expert Roy Taylor on March 1;
- Plaintiff's Expert Bill Birks on March 10; and
- Walmart's Expert Jon Groussman on March 18.

If granted, the Parties commit to scheduling any other necessary fact witness depositions not listed above during the requested extension of the period of discovery.

The Parties, therefore, submit their [Proposed] Sixth Amended Scheduling Order and respectfully request the Court enter the proposed order amending the schedule in this action.

[*Signature page follows*]

**WE CONSENT:**

MCLEOD LAW GROUP, LLC

 *s/ Colin V. Ram*
Colin V. Ram, Fed. ID #12958
W. Mullins McLeod, Jr., Fed. ID #7142
Michael T. Cooper, Fed. ID #12198
H. Cooper Wilson, III
Post Office Box 21624
Charleston, South Carolina 29413
T: 843-277-6655
colin@mcleod-lawgroup.com
mulllins@mcleod-lawgroup.com
michael@mcleod-lawgroup.com
cooper@mcleod-lawgroup.com

*Counsel for Plaintiff*

**WE CONSENT:**

SMITH│ROBINSON

 *s/ Daniel C. Plyler*
Daniel C. Plyler, Fed. ID #9762
2530 Devine Street, Third Floor
Columbia, South Carolina 29205
T: 803-254-5445
Daniel.Plyler@smithrobinsonlaw.com

*Counsel for Defendant Baker*

**WE CONSENT:**

MORRISON LAW FIRM, LLC

 *s/ David L. Morrison*
David L. Morrison, Fed. ID #3581
Robert G. Cooper, Fed. ID #299
7453 Irmo Drive, Suite B
Columbia, South Carolina 29212
T:  803-661-6285
david@dmorrison-law.com
bob@dmorrison-law.com

*Counsel for Defendant City of Chester*

**WE CONSENT:**

GAFFNEY LEWIS, LLC

 *s/ Nashiba Boyd*
Regina Hollins Lewis, Fed. ID #7553
Randi Lynn Roberts, Fed. ID #12462
Nashiba Boyd, Fed. ID #11408
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
T:  803-790-8838
rlroberts@gaffneylewis.com
rlewis@gaffneylewis.com

*Counsel for Defendants Walmart, Inc. and Wal-Mart Stores East, L.P.*

| | |
|---|---|
| **WE CONSENT:** | **WE CONSENT:** |
| LINDEMANN & DAVIS, P.A. | RICHARD J. DOLCE, ATTORNEY AT LAW |
| *s/ Andrew F. Lindemann* | *s/ Richard J. Dolce* |
| Andrew F. Lindemann, Fed. ID #5070 | Richard J. Dolce, Esquire, Fed. ID #575 |
| Post Office Box 6923 | Post Office Box 4403 |
| Columbia, South Carolina 29260 | Irmo, South Carolina 29063 |
| T: 803-881-8920 | T: 803-772-7411 |
| andrew@ldlawsc.com | F: 803-772-7415 |
| | rjdolce@sc.rr.com |
| *Counsel for Defendant Harris* | *Counsel for Cross Claimant Harris* |