IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Vickie J. McCree, *As Personal Representative* | ) | C/A No. 0:20-867-JMC-PJG |
| *of the Estate of Ariane L. McCree*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SIXTH AMENDED** |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| City of Chester; Walmart Inc.; Wal-Mart | ) | |
| Stores East, L.P.; Justin M. Baker; Nicholas | ) | |
| Harris, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the motion filed by the parties is **granted in part**, and the Fifth Amended Scheduling Order (ECF No. 115) entered October 22, 2021 in this matter is hereby further amended as follows:

8.    Discovery shall be completed no later than **March 21, 2022**.  All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date.  *De bene esse* depositions must be completed by discovery deadline.  No extension of this deadline will be permitted without leave of court.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.).

9.    All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **April 11, 2022**.  (Fed. R. Civ. P. 16(b)(2)).

10.    Mediation, pursuant to Local Civil Rules 16.04-16.12 (D.S.C.), shall be completed in this case on or before **April 29, 2022**.  See Form setting forth mediation requirements (ECF No. 9 at 9).  At least **thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has:  (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

11.    Unless otherwise ordered by the court, this case is subject to being called for jury selection and trial after the expiration of the deadline in ¶ 9, OR thirty (30) days following the issuance

of a Report and Recommendation on any motion described in ¶ 9 of this Order, whichever is later.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 15, 2022
Columbia, South Carolina