*Vickie J. McCree, as Personal Representative of the Estate of Ariane McCree v. City of Chester;*
*Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity;*
*Walmart, Inc.; and Wal-Mart Stores East, L.P.*
*Civil Action Number: 0:20-00867-JMC-PJG*

# Exhibit K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION
C/A NO. 0:20-cv-00867-JMC-PJG

Vickie J. McCree, as Personal      )
Representative of the Estate of    )
Ariane McCree,                         )
                                   )
    Plaintiff,                 )
                                   )
v.                                 )
                                 )
City of Chester; Nicholas A. Harris,  )
in his individual capacity; Justin   )
M. Baker, in his individual capacity; )
Walmart, Inc.; and Wal-Mart Stores   )
East, L.P.,                      )
                                 )
    Defendants.                )
_____)

**VIRTUAL DEPOSITION OF**

# KIMBERLY ANN COLLINS, M.D.

**\*\*\*\*\*\*\*\***
**Thursday, February 24, 2022**
1:05 p.m. - 3:06 p.m.

The virtual deposition of KIMBERLY ANN COLLINS, M.D., was taken on behalf of the Defendant via Zoom Videoconferencing, on the 24th day of February, 2022 before Jamie Leigh Barrs, Court Reporter and Notary Public in and for the State of South Carolina, pursuant to Notice of Deposition and/or agreement of counsel.

**CREEL COURT REPORTING, INC.**
*1230 Richland Street / Columbia, SC 29201*
*(803) 252-3445 / (800) 822-0896*

1          the range of fire, showing that there was no

2          soot or stippling present. Also, the way that

3          they were, they were great photographs in the

4          way that they were angled that you could see

5          the trajectory of the projectile, especially

6          through the arm. And they showed the wounds to

7          the wrists and actually over the body, because

8          they cleaned the body so you were able to see

9          beyond any blood or dirt. You could actually

10         see the wounds themselves and get the

11         characteristics of those. And looking at the

12         wrist wounds, you could see those clearly. And

13         just correlating back with the video. And ---

14    Q:   Okay. And wounds ---

15    A:   --- the cause of death.

16    Q:   Okay. And the wrist wounds would've been

17         caused by movement of the arms or hands after

18         the handcuffs were applied?

19    A:   Yes.

20    Q:   And you said there was no soot or stippling.

21         That's an indication that the gunshots were not

22         fired from close-range?

23    A:   Contact or close-range, that's correct. Once

24         we get about eight to 18 inches away, we will

25         see no soot or stippling.

1       were pulling the handcuff along your forearm?

2  A:   You could if, if the -- if it's, if it's tight

3       enough and it, it's able to tighten around that

4       wrist and then slip-up a little bit over that

5       joint.

6  Q:   Okay.  All right.  And I'm, I'm -- because you

7       asked, I want to make sure that, you know, you

8       have -- that we're looking at the same things

9       you were looking at.  That was photograph

10      10 *(Estate of Ariane McCree 000012)* from what

11      was produced to us as the autopsy photographs

12      that I showed you.  There's photograph 7 *(Estate*

13      *of Ariane McCree 000009)*, that's the photograph

14      I showed you just a minute ago where you can

15      see both of his arms.  This is photograph

16      6 *(Estate of Ariane McCree 000008)* which would

17      show you the left hand ---

18  A:  Okay.  Yeah.

19  Q:  --- and wrist as well, is that correct?

20  A:  Yeah.  These are not though from the autopsy.

21  Q:  Okay.  (Scrolling through documents.)

22  A:  Okay, now, we're getting into autopsy photos.

23  Q:  And I -- and -- doctor, I didn't see any

24      photographs -- I mean, I guess, maybe 42 shows

25      a little bit of his left arm and some of his

1    right arm.

2  A:  Let me see. No. If you ... I've got one

3     labeled with the autopsy number that has the

4     wrist and it's close-up of the wrist.

5  Q:  Are you able to present that for us today?

6  A:  Well, it's in black and white, but.

7  Q:  Oh.

8  A:  (Holding up photograph) if you can see that?

9  Q:  Yeah. And I'm ... Which wrist would that

10     depict, his right wrist?

11  A:  That's his right wrist. And here's another

12     close-up of that right wrist.

13  Q:  Okay.

14  A:  The abrasion.

15  Q:  I mean, I've got number 26 *(Estate of Ariane*

16     *McCree 000028)* here, that shows his left arm.

17  A:  Yeah. You, you don't -- these -- this is what

18     -- this reminds me of a coroner photos, or --

19     where they've taken a few pictures in the

20     autopsy room, but you don't have the Newberry

21     Pathology Group autopsy photographs.

22  Q:  At least I don't have them up for you. So,

23     bear with me for a moment.

24        Did you review a specific photograph

25     showing in -- from the autopsy depicting any

1      injuries to his left arm that would be

2      consistent with injuries from a, a handcuff?

3  A:   His left arm?  They're so close-up.

4           Here's his left arm, if I recall, it's in

5      black and white, but he's seat- -- he's, you

6      know, situated like this (indicating).  And if

7      I remember, there was some bruising on that

8      left arm, left han- -- left wrist.

9  Q:   And did you have -- do you have an electronic

10     file where you would've had color photographs

11     to look at, or you've only had those black and

12     white photographs to look ---

13 A:   No, I had -- yeah.  I just printed them off for

14     today.  I've got an elec- -- I've got it all on

15     a USB.

16 Q:   Okay.  Just a moment.  I'm sorry, I'm not

17     meaning to waste your time.  I thought I had

18     the right photographs up and I'm trying to find

19     the ones that you would've actually reviewed.

20          Okay.  All right.  I'm looking at what is

21     -- what's labeled as the subpoena response from

22     Newberry Pathology Group and there are ---

23 A:   Okay.

24 Q:   --- 92 pages in this file.  I'm going to page

25     17 *(Estate of Ariane McCree 000271)* of those 92

1   pages.  And I'm gonna, I'm gonna put it up on

2   the screen.  It'll be a, a photograph of Mr.

3   McCree taken from his left side ---

4   A:  Okay.

5   Q:  --- is that correct?

6   A:  Yes.  So these are autopsy pictures.

7   Q:  Okay.  And then, so this would've been a

8   photograph you reviewed?

9   A:  Yes.

10  Q:  And this would be his left arm that would be in

11  the forefront of the photograph, correct?

12  A:  Correct.

13  Q:  All right.  I'm trying to zoom in just a little

14  bit.

15  Does that appear to be an indention just

16  below his wrist and going off to the top of his

17  hand that would be consistent with a handcuff?

18  A:  It could be.

19  Q:  Do you see any other potential injuries,

20  indentions, bruising or other demarcations on

21  his left forearm that would be consistent with

22  a handcuff?

23  A:  He'd need to show us his dorsal or his ventral

24  forearm, flip his arm over.  If there's a

25  picture where his arm's flipped over.

1   Q:   I don't know yet, but in this photograph, do

2        you see anything other -- any other demarcation

3        on his left arm, in this photograph, that could

4        be consistent with a handcuff other than the

5        indention I've called your attention to?

6   A:   No.

7   Q:   Okay. This is number ... Let's see, 18 *(Estate*

8        *of Ariane McCree 000272)*. So it's just the

9        next photograph and I'm zooming out. Do you --

10       in the right-hand side of that photograph, do

11       you still see that same what I'm calling an

12       indention? Do you see that ---

13  A:   Yes.

14  Q:   --- on his left hand? Okay.

15            I mean, and these are the type of markings

16       that you would regularly review if you were

17       doing an autopsy of someone, correct?

18  A:   Yes.

19  Q:   All right. This is photograph 20 *(Estate of*

20       *Ariane McCree 274)*, where we can see his right

21       arm and somewhat of the underside of his left

22       arm, correct?

23  A:   Yes.

24  Q:   All right. I'm zooming in to -- do you see any

25       -- in this photograph -- and I understand it's

1     what we have to work with, but do you see any

2     demarcations or injuries to his left forearm,

3     wrist, or hand in this photograph?

4  A:   I can't see in that photograph, no.

5  Q:   Okay.  What about to his right arm?

6  A:   Yeah.  I see bruises and I see abrasion.

7  Q:   Okay.  And you see one that would be, kind of,

8     right there at the wrist itself, is that

9     correct?

10  A:   Yes.

11  Q:   And then another one further up the forearm,

12     closer to the -- I guess, that's the coroner's

13     numbering -- oh, excuse me, the autopsy

14     numbering?

15  A:   Yes.  And then there's an abrasion.

16  Q:   Right there at the writ- -- the edge of the

17     wrist?

18  A:   Right.

19  Q:   Okay.  And he also has abrasions across his

20     right knuckles, is that right?

21  A:   Correct.

22  Q:   Okay.  I'm trying to find the one that you held

23     up.  I guess ---

24  A:   Okay.  Now, we're getting a closer up one.

25  Q:   So this would be 36 *(Estate of Ariane McCree*

1      *000290)*, correct?  And this is ---

2  A:   Yes.

3  Q:   --- of the right hand, yes?

4  A:   Yes, yes.

5  Q:   Okay.  And there's a mark that we -- that I've

6       been  describing  as  right  across  the  wrist

7       itself,  the  top  of  his  wrist,  with  the

8       abrasion?

9  A:   Yes.

10 Q:   And then there's a, a bruise, is there not,

11      just further up the wrist that's ---

12 A:   Yes.

13 Q:   --- a similar shape?

14 A:   Yes.

15 Q:   And maybe a faint one even further up the

16      forearm?

17 A:   Yes.

18 Q:   Okay.   And then, the abrasions that we  see

19      across his knuckles.  Is that right?

20 A:   Yes.

21 Q:   In your experience, with this sort of abrasion

22      that we see on his right wrist, and with the

23      subsequent evidence of bruising along the top

24      of the forearm in two different sections, would

25      that  be  consistent  with  someone  that  the

1        handcuffs starting at the wrists and then being

2        pulled up the forearm?

3   A:   Or twisted -- he twist his wrists.

4   Q:   But with the ---

5   A:   Yes.

6   Q:   With the handcuff making it's way up his

7        forearm, correct?

8   A:   Yes ---

9   **MR. RAM:**  Object to form.

10  A:   --- I could see that.

11  Q:   That's just a close-up of the same area of his

12       wrist?

13  A:   Yes.

14  Q:   All right.  And, I didn't -- the, the -- this

15       number that we're seeing, that's just this

16       particular autopsy's number, is that correct?

17  A:   Right.  Forensic autopsy 2019 case 849.

18  Q:   Okay.  And I've been referencing the page

19       number for our record of the 92 page exi- -- of

20       doc -- a document.  But it also has a Bates

21       Number that says, The Estate of Aria McCree 290

22       at the bottom of this particular photograph.

23       That would've been something that was done

24       through Discovery.  I'm just trying to help us

25       be able to identify this later, okay?