IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| Vickie J. McCree, As Personal Representative of the Estate of Ariane L. McCree, <br><br> Plaintiff, <br><br> vs. <br><br> City of Chester; Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity; Walmart Inc.; and Wal-Mart Stores East, L.P., <br><br> Defendants. | Civil Action No. 0:20-CV-00867-JMC-PJG |
|---|---|

## INDEX FOR MATERIAL TO BE FILED UNDER SEAL AND COUNSEL'S CERTIFICATION OF COMPLIANCE WITH LOCAL CIVIL RULE 5.03

Pursuant to Local Civil Rule 5.03(B)(1), below is an index of the material to be filed under seal:

| Document Title | Description |
|---|---|
| Exhibit 6 (Three-year complaints marked CONFIDENTIAL) to Plaintiff's Memoranda in Opposition to Walmart's Motion to Exclude and/or Limit Testimony from Dr. Roy Taylor and William J. Birks (ECF Nos. 152 & 153) | A two-page log of transcribed complaints provided by purported customers to a Walmart hotline and/or customer service telephone line in the three years before the alleged incident that relate to asset protection and/or security at the subject store. |
| Plaintiff's Memorandum in Opposition to Walmart's Motion to Exclude and/or Limit Testimony of William J. Birks (ECF 153) | Footnote 2 of page 5 quoting complaints provided in Exhibit 6. |
| Plaintiff's Memorandum in Opposition to Walmart's Motion to Exclude and/or Limit Testimony of Dr. Roy Taylor (ECF 152) | Footnote 2 of page 5 quoting complaints provided in Exhibit 6. |
| Exhibit Q to Walmart's Motion for Summary Judgment (ECF 140) | Email addresses in a five-page document consisting of internal Walmart emails discussing off-duty law enforcement at the Walmart store located in Chester, South Carolina. |

Pursuant to Local Civil Rule 5.03(B)(2), counsel for Walmart hereby certifies that she has complied with the provision of Local Civil Rules 5.03 and 7.02 (D.S.C.).

RESPECTFULLY SUBMITTED,

<u>s/Randi Lynn Roberts</u>
Regina Hollins Lewis, Federal ID No. 7553
rlewis@gaffneylewis.com
Randi Lynn Roberts, Federal ID No. 12462
rlroberts@gaffneylewis.com
Nashiba Boyd, Federal ID No. 11408
nboyd@gaffneylewis.com
**GAFFNEYLEWIS LLC**
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
(803) 790-8838

May 17, 2022

*Attorneys for Walmart Inc. and Wal-Mart Stores East, L.P.*