# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ROCK HILL DIVISION

| | | |
|---|---|---|
| Vickie J. McCree, as Personal Representative of the Estate of Ariane L. McCree, | ) ) ) ) | Civil Action No. 0:20-0867-JMC-PJG |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| City of Chester; Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity; Walmart Inc.; and Walmart Stores East, L.P., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Local Civil Rule 6.02, D.S.C., the undersigned counsel for the Defendant requests protection from court appearances in the above-captioned action for the following dates:

- June 10-16, 2022 for vacation including out of state graduate school graduation

- October 10-18, 2022 for daughter's out of state wedding

At this time, there are no pending hearings set by the Court in this matter.

LINDEMANN & DAVIS, P.A.

BY:  *s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN   #5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendant Nicholas A. Harris*

June 10, 2022