**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

**ROCK HILL DIVISION**

| | |
|---|---|
| VICKIE J. MCCREE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ARIANE MCCREE. | ) ) ) ) Civil Action No.: 0:20-cv-00867-JMC-PJG |
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF CHESTER; NICHOLAS A. HARRIS, in his individual capacity; JUSTIN M. BAKER, in his individual capacity; WALMART INC.; and WAL-MART STORES EAST, L.P., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**EXHIBITS TO BE SUBMITTED TO THE COURT
IN CONNECTION WITH MOTION TO SEAL**

Plaintiff will submit the following documents listed in Exhibit A of this motion to seal to the Court for *in camera* review via USB drive:

- Unredacted copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment (ECF No. 170) ("Plaintiff's Mem. in Opposition");

- Exhibit 18 to Plaintiff's Mem. in Opposition (ECF No. 174-18)

- Exhibit 19 to Plaintiff's Mem. in Opposition (ECF No. 174-19); and

- Exhibit 67 to Plaintiff's Mem. in Opposition (ECF No. 175-27).