*Vickie J. McCree, As Personal Representative of the Estate of Ariane L. McCree vs. City of Chester; Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity; Walmart Inc.; and Wal-Mart Stores East, L.P.*
Civil Action No. 0:20-CV-00867-JFA-PJG

# Exhibit Q to Walmart's Motion for Summary Judgment (ECF 140)

**From:** Ann Curtsinger - ACURTSI.s01603 <​>
**Sent:** Friday, November 22, 2019 8:45 AM
**To:** AJ Yawn <​>
**Subject:** Re: 1603_Troy Williams

Yes they are still here and I let Geo know immediately after his email and I found out Troy was out again.

Thank You and have a great day!
Ann Curtsinger   Store Manager at 1603

Wal-Mart Stores, Inc. Confidential
Where you Save money to Live Better

**From:** AJ Yawn <​>
**Sent:** Thursday, November 21, 2019 10:16 AM
**To:** Ann Curtsinger - ACURTSI.s01603 <​>; Travis Carter <​>
**Subject:** FW: 1603_Troy Williams

Ann,
   Please confirm we still have security at the store as mentioned below. Last time we all spoke you still did have them there.

Travis, where are we on working with HO for contracted security.

**From:** Geovanni Serrano
**Sent:** Tuesday, November 19, 2019 5:33 PM
**To:** Ann Curtsinger - ACURTSI.s01603 <​>; AJ Yawn <​>; Clinton Harris <​>; Stephanie Allen <​>; Travis Carter <​>
**Subject:** RE: 1603_Troy Williams
**Importance:** High

Good afternoon,

I just received information that Troy Williams has made bond. If there is no LE onsite, I suggest partnering with them and have someone present for a few days. Additionally, please make sure all Management is aware he has posted bond, and provide them with the photo below in case he attempts to come back to the store.

1

**CONFIDENTIAL - WM MCCREE D000734**



Please let me know if you have any questions.

Thank you,
*Geovanni Serrano* | **Security Risk Manager**
**Global Security | Insider Trust**
Desk:
Cell:

---

**From:** Ann Curtsinger - ACURTSI.s01603
**Sent:** Wednesday, October 30, 2019 12:03 PM
**To:** Geovanni Serrano <                              >; AJ Yawn <                              >; Clinton Harris <                              >; Stephanie Allen <                              >; Travis Carter <              >
**Subject:** Re: bond

Thank you for the update.


Thank You and have a great day!
Ann Curtsinger   Store Manager at 1603


Wal-Mart Stores, Inc. Confidential

Where you Save money to Live Better

---

2

**CONFIDENTIAL - WM MCCREE D000735**

**From:** Geovanni Serrano <████>
**Sent:** Wednesday, October 30, 2019 9:31 AM
**To:** Ann Curtsinger - ACURTSI.s01603 <████>; AJ Yawn <████>; Clinton Harris <████>; Stephanie Allen <████>; Travis Carter <████>
**Subject:** RE: bond

Good morning,

No updates on Williams. He stills shows to be in custody.

Thank you,
*Geovanni Serrano* | Security Risk Manager
**Global Security | Insider Trust**
Desk: ████
Cell: ████

---

**From:** Geovanni Serrano
**Sent:** Monday, October 28, 2019 8:48 AM
**To:** Ann Curtsinger - ACURTSI.s01603 <████>; AJ Yawn <████>; Clinton Harris <████>; Stephanie Allen <████>; Travis Carter <████>
**Subject:** RE: bond

Williams is still in custody.

Thank you,
*Geovanni Serrano* | Security Risk Manager
**Global Security | Insider Trust**
Desk: ████
Cell: ████

---

**From:** Ann Curtsinger - ACURTSI.s01603
**Sent:** Monday, October 28, 2019 8:46 AM
**To:** AJ Yawn <████>; Geovanni Serrano <████>; Clinton Harris <████>; Stephanie Allen <████>; Travis Carter <████>
**Subject:** Re: bond

Good morning,
I have not heard anything.

Thank You and have a great day!
Ann Curtsinger   Store Manager at 1603
████
████

Wal-Mart Stores, Inc. Confidential
████
Where you Save money to Live Better

3

CONFIDENTIAL - WM MCCREE D000736

**From:** AJ Yawn <▮>
**Sent:** Monday, October 28, 2019 9:20 AM
**To:** Ann Curtsinger - ACURTSI.s01603 <▮>; Geovanni Serrano <▮>; Clinton Harris <▮>; Stephanie Allen <▮>; Travis Carter <▮>
**Subject:** RE: bond

Any update on any status change here you know anbout Ann?

---

**From:** Ann Curtsinger - ACURTSI.s01603
**Sent:** Friday, October 25, 2019 4:36 PM
**To:** Geovanni Serrano <▮>; AJ Yawn <▮>; Clinton Harris <▮>; Stephanie Allen <▮>; Travis Carter <▮>
**Subject:** bond

Troy Williams has a bond set at $5000 on the stalking charge. He is still in jail at the moment.

Thank You and have a great day!
Ann Curtsinger   Store Manager at 1603
▮
▮

Wal-Mart Stores, Inc. Confidential
▮
Where you Save money to Live Better

4

**CONFIDENTIAL - WM MCCREE D000737**

**From:** Ann Curtsinger - ACURTSI.s01603
**Sent:** Friday, November 22, 2019 1:13 PM
**To:** Sharley Roberts - S0R0146.s01603 <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Timothy Jones - TMJ005Y.s01603 <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Charles Campbell - C0C031C.s01603 <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>;
Mary Mcmanus - EMCMANU.s01603 <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Troy Williams

FYI
Troy Williams was arrested again for Battery 3rd today.  He will probably be back out tonight.
He assaulted his roommate.

Thank You and have a great day!
Ann Curtsinger   Store Manager at 1603

Wal-Mart Stores, Inc. Confidential

Where you Save money to Live Better

1