*Vickie J. McCree, As Personal Representative of the Estate of Ariane L. McCree vs. City of Chester; Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity; Walmart Inc.; and Wal-Mart Stores East, L.P.*
Civil Action No. 0:20-CV-00867-JFA-PJG

# Exhibit 6 (Three-year complaints marked CONFIDENTIAL) to Plaintiff's Memoranda in Opposition to Walmart's Motion to Exclude and/or Limit Testimony from Dr. Roy Taylor and William J. Birks (ECF Nos. 152 & 153)

| Incident ID | Reference # | Date Created | Date Last Updated | Contact first name | Last Name | Country Code | State | City | Store | Subject | Text | Area | Product Level 2 | Issue | Issue Type | Queue | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87920405 | 191004-043643 | 10/04/2019 03 15 PM | 12/26/2019 10 58 AM | REDACTED | REDACTED | US | SC | CHESTER | 1603 | Receipt Checked When Exiting Store Complaints | Customer was ca ling on behalf of receipt checks on the way out. The door greeters don&#39 t greet customers on the way in  but they only care about them on the way out when they have purchased merchandise. Many of her friends feel the same way about th s problem.<br>&nbsp<br>Sent To Store<br>Call Back Insisted REDACTED<br>&nbsp | Customer Relations | Store Experiences | Asset Protection | Receipt Checked When Ex ting Store Complaints | CSR - Customer Relations | CSR - Closed |
| 5984172 | 170822-013601 | 08/22/2017 05 10 PM | 08/23/2017 09 12 AM | REDACTED | REDACTED | US | SC | CHESTER | 1603 | Customer Fee s Wrongly Accused | Comment regarding policy of Walmart w th alarms going off when cutomers ex t. the store. Caller does not like being treated like a theif. He equates it to being fr sked. REDACTED has had h s merchandise rifled at the exit door on repeated occasions. He has now boycotted Walmart. He was verbally abusive and then hung up. | Customer Relations | No Value | Asset Protection | Customer Feels Wrongly Accused | CSR - Voice | Closed |
| 8016870 | 180216-010614 | 02/16/2018 05 03 PM | 02/16/2018 08 30 PM | REDACTED | REDACTED | US | SC | CHESTER | 1603 | Store Experience  D slikes Receipt Being Checked Upon Exiting Store | The very first time I experience Walmart was after I had returned from Europe and was shopping with my wife and daughter. This was in Clarksville  Tennessee in 1987. Since that time  I have shopped at several locations throughout Tennessee  North Carolina  and South Carolina. But I have to tell you  I may never go back to your store in Chester  South Carolina. I am a older wh te male  single father who spends hundreds of dollars weekly w th your store but I am very upset about being treated like a criminal. I have never complained about pricing and norma ly buy more that I need. However  when I go to leave I am stopped and asked for my receipt. On several occasions  I have asked did I do something wrong or did I steal anything. The typical answer is no but there are items that I've purchased that are not in a bag. Royal Oak charcoal  24 pack of Icehouse beer  Gain laundry soap in the box. You have no bags for these size containers. Look  I understand that if I'm coming from the stereo or TV department with a large  tem  that's one thing. By the way  yes I have purchased several TV's from Walmart  as well as other items. Please tell me what I can do to avoid this in the future. I have spent over 18 years in the US Army and I am a former law enforcement officer in North Carolina as well as a former Loss Prevention Auditor. I'm not asking for anything special  I just don't want to be  Unlawfully Detained against my wishes. If I have stolen something  contact LP or law enforcement. This is why I do not shop at Sam's Club.<br>------------<br>Dear REDACTED<br><br>Thank you for sharing your concerns with us. In addition to providing a warm greeting and assisting customers  our Hosts are located at exits to check receipts when appropriate (i.e. unbagged  large  tems such as TVs  computers  furniture  power equipment  etc.)<br><br>We strive to have customer service that is first class and part of saving our customers money through our Everyday Low Prices  s maintaining efficient business practices.<br><br>If you feel you have any issues with this at your local branch  please reach out to a salaried member of management at that location for a possible resolution.<br><br>Thank you<br>Walmart Customer Relations<br>------------<br>So what you are saying  this is okay and it&#39 s okay to unlawfu ly detain paying customer&#39 s at the door and you really do give a crap because this is your corporation&nbsp  BS response.<br><br>Simple question  I have spent thousands of dollars at Walmart and you BS response is typical of your normal HR department.<br><br>The question is simple  do I need to go someone e se to spend my hard earn money. I really have enjoyed Walmart over the last decade or so  however your response is not specific nor does it address why I am be treated like a criminal.<br>------------<br>Dear REDACTED<br><br>Thank you for contacting Walmart customer relations  where we are always happy to help.<br><br>As REDACTED had adv sed you  in his earlier correspondence .. large un bagged  tems may prompt the host to ask to view your sales receipt.<br><br>This procedure  s in no way an attempt to  llegally detain you against your will  and you are not lega ly required to show your receipt to the host.<br><br>If you have any further questions or comments  please feel free to contact us.<br>Sincerely<br>Walmart customer relations | Customer Relations | No Value | Asset Protection | Receipt Checked When Ex ting Store Complaints | Customer Relations | Closed |

CONFIDENTIAL - WM MCCREE D000782

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9785040 | 180723-015511 | 07/23/2018 07:21 PM | 07/28/2018 08:37 AM | REDACTED | REDACTED | US | SC | CHESTER | 1603 | Store Security/Theft Issues | I just witnessed the most inhumane thing ever. A young black pregnant girl was arrested in front of her 3 year old son because she forgot to pay for a plum she had eaten. I offered to pay. But i was told by the officer that management wanted to press charges. REALLY! I shop at Walmart almost daily. During many of my visits I've witnessed mothers feed their children chips, drinks and fruit prior to reaching the cash register and no one called the police on them.<br><br>I am truly disappointed with store 1607 and the manager who made the decision to call police and press charges. I wonder if I should post this on Facebook and ask my 4,000 friends what they think?<br>------------<br>Hi REDACTED<br><br>Your satisfaction is our top priority and your comments have been forwarded to the appropriate area for resolution. You should hear something within a few business days.<br><br>Thank you for contacting Walmart where we are always happy to help!<br>------------<br>Call back required<br><br>------------<br>MAMP called to explain that management did not call the police. Walmart did not press charges against the person mentioned in the email. He apologized to the customer about the situation and what she witnessed. He apologized to the customer and was glad she reached out to us. Also ensuring that the situation was handled and that the company wants her and all customers to be able to shop comfortably without incident. She thanked him for the follow up.<br>------------ | Customer Relations | Store Experiences | Asset Protection | Store Security/Theft Issues | Customer Relations | Closed |
| | | | | | | | | | | | 180727-003790<br>I spoke with the customer about the situation today around 11:15am. Walmart didn't press charges against the woman mentioned in the email. Police report was obtained to verify. The customer explained to me about the situation and what she witnessed. I apologized to the customer about the situation and she was happy that I reached out to her. I ensured her that the situation was handled and that the company wants her and all of the customers to be able to shop comfortably without incident. She thanked me for the follow up.<br><br>REDACTED | | | | | | |

CONFIDENTIAL - WM MCCREE D000783