| FIRST NAME | MIDDLE NAME | LAST NAME | STORE NBR | EVAL TYPE CODE | EVAL TYPE DESC | REVIEW DATE | EVAL RATING NBR | RATING TEXT | STRENGTHS | OPPORTUNITIES | SUPV COMMENT | MIN RATING NBR | MAX RATING NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARY | E | MCMANUS | 877 | S | SALARY | 2011-04-14 | 3.000 | SOLID PERFORMER | -SSOP/Shrink Matrix execution-Good positive working relationship with management team and hourly associates.-Sense of urgency with assigned tasks.-Multi facility troubleshooting- Analyzes theft trends and reacts with theft deterrence responses.-AP Brand Image- Internal case development TY 6, LY 3- Front end Cash controlsB | -Talent development-BIG 3 accident reduction-APA Productivity, TY 90-shrink reduction to 5 basis points at retail-IMS influence to drive 7 of 7 metrics. -Shrink TY -$946,11B, -1.05%B -B | | 2.600 | 3.499 |
| MARY | E | MCMANUS | 877 | S | SALARY | 2012-04-06 | 4.000 | EXCEEDS EXPECTATIONS | National Priority Execution and documentation Internal Case DevelopmentB 12ty versus 6ly +100% APA Productivity 298ty versus 88ly +236% Positive working relationship with other members of management. Good team player register cash shorts -$7,270, -41% Great market resource. Results Driven leadership AP Brand Image | Influence PI Accuracy APA Productivity Reduce Big 3 Accidents, CSTFs. B B | | 3.600 | 4.590 |
| MARY | E | MCMANUS | 877 | S | SALARY | 2013-04-06 | 4.000 | EXCEEDS EXPECTATIONS | -Integrity -Sense of urgency with assigned tasks and collectable -Teaching and training -Internal case development -National Priority execution/documentation - .91% shrink performance, best in 6 years. - Register cash short follow-up - Adaptability-multi facility tasking - Showed improvement in accident rate from 13.1% to 11.8% - Great relationship with store management and associates, in the market and region. - | Accident rate improvement currently at :81.8% and accident cost reduction Wireless Register audit performance above 95% consistently Continue to influence team for better shrink results in 2013. :I | | 3.600 | 4.590 |
| MARY | E | MCMANUS | 877 | S | SALARY | 2014-04-05 | 4.000 | EXCEEDS EXPECTATIONS | Knowledge of her AP field Brings her team together for a common goal Has developed trusting relationships with Operators. Passion for her store and her job. Has saved $8,000 in register cash shorts YOY. SCAN out to stolen is down $50,000 YOY Developed 14 internals TY. $14,000 more dollars recovered. 16.8 accident rate on 18.3 LY AP Brand ImageB | B Apprehensions 285 306 (21) -6.9% B Accident costs are up $300,000 YOY B Shrink actual -1.10 on target of -95%. Need store to consistently run below 1%. B | | 3.600 | 4.590 |
| MARY | E | MCMANUS | 1030 | 1 | 90-DAY REVIEW | 2008-10-02 | 5.000 | EXCEEDS PERFORMANCE | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 1994-07-27 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 1995-08-09 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 1996-08-23 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 1997-08-08 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 1998-08-26 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 1999-08-19 | 3.000 | 3 - LOWEST to 3.99-HIGHEST | | | | 3.000 | 3.999 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2000-08-07 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2001-08-17 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2002-08-22 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2003-08-13 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2004-08-23 | 5.000 | EXCEEDS PERFORMANCE | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2005-08-24 | 5.000 | EXCEEDS PERFORMANCE | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | 3 | YEARLY REVIEW | 2009-06-19 | 5.000 | EXCEEDS PERFORMANCE | | | | 4.000 | 5.000 |
| MARY | E | MCMANUS | 1030 | S | SALARY | 2017-04-01 | 3.000 | SOLID PERFORMER | Associate engagement Teamwork/ helping in other areas Accepts responsibility outside her areas, ensures compliance:IDedication | Develop a routine:IEAP/Topstock execution to reduce inventory levels Touring/Planning | | 2.700 | 3.590 |
| MARY | E | MCMANUS | 1030 | S | SALARY | 2018-03-31 | 3.000 | SOLID PERFORMER | Evelyn establishes effective working relationship with associates. :IShe provides associates with the resources needed to attain results. :IShe moves freight effectively. :II | Evelyn needs to maintain operational (WOSH, attendance, pathways, cbls, etc.) Evelyn should also work to develop associates by sharing concerns and opportunities. :II | | 2.700 | 3.590 |
| MARY | E | MCMANUS | 1603 | P | PERFORMANCE | 2010-04-10 | 3.400 | SOLID PERFORMER | ALWAYS WILLING TO LEARN THE AP BUSINESS,; COMMUNICATES WELL WITH HER MANAGEMENT TEAM AND STORE ASSOC; QUICK LEARNER ON OVERALL JOB DUTIES; SHOWS PRIDE FOR HER JOB ALONG WITH THE AP VISION,; ABILITY IN BUILDING KNOWLEDGE FOR THE BUSINESS AND ALWAYS; STEPPING UP WHEN ASKED TO DO MARKET TASK.; KNOWLEDGE IN REPORTS TO DETECT SHRINK ISSUES.; STRIVES TO GROW IN THE APC ROLE PROFESSIONALLY THROUGH; CONTINUOUS PARTICIPATION IN SHRINK REVIEWS AND PROJECTS; WITHIN THE MARKET. | IMS_BACKROOM PROGRAM NOT CONSISTENTLY EXECUTED.; WORK_LIFE BALANCE. | | 2.600 | 3.499 |
| MARY | E | MCMANUS | 1603 | | SALARY | 2019-03-30 | 3.000 | SOLID PERFORMER | | | | 2.700 | 3.590 |
| MARY | E | MCMANUS | 4149 | S | SALARY | 2015-04-04 | 3.000 | SOLID PERFORMER | Evelyn:Ii very detailed and :Ithorough with her internal investigations of cases and paperwork. Evelyn teaches new processes and follows up to processes already in place. Dedicated and passionate about preventing shrink. Creates partnership between :Iioperations and asset protection. | Needs to continue to :Ifocus that same:Iiintensity about shrink in each store through the associates. Challenge and even push back to ensure the right process or routines are followed. Detailed touring with department managers :II | | 2.700 | 3.590 |
| MARY | E | MCMANUS | 4149 | S | SALARY | 2016-04-02 | 3.000 | SOLID PERFORMER | :Ii:Ii:Ii:Ii Evelyn has taught several classes on CCTV, Impact and I Own Safety to the new ASMs in the Neighborhood Markets. Successfully builds internal investigations Willing to go help anywhere in the market if needed. Evelyn has a positive attitude and willing to change her work style to better address company needs. | :Ii:Ii:Ii:Ii Evelyn :Iineeds to be the SME on all GRID tasks and able to teach and follow up accordingly. This is the only way you are going to be able to reach your shrink targets Evelyn needs to learn Topstock and CAP front and back. :Ii:IBe able to work it in the salesfloor and backroom and know when a store is not on the program by looking at the key indicators. Researching key operational reports and being able to use the information to react to opportunities (manual order report, shelf availability, negative onhands etc) | | 2.700 | 3.590 |
| ANN | D | CURTSINGER | 1030 | 3 | YEARLY REVIEW | 1999-05-11 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| ANN | D | CURTSINGER | 1030 | 3 | YEARLY REVIEW | 2000-05-09 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| ANN | D | CURTSINGER | 1030 | 3 | YEARLY REVIEW | 2001-05-09 | 5.000 | 4 - LOWEST to 5-HIGHEST | | | | 4.000 | 5.000 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2002-03-15 | 3.300 | 3 - LOWEST to 3.99-HIGHEST | | | | 3.000 | 3.999 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2003-03-22 | 3.500 | 3 - LOWEST to 3.99-HIGHEST | | | | 3.000 | 3.999 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2004-03-18 | 3.600 | 3 - LOWEST to 3.99-HIGHEST | | | | 3.000 | 3.999 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2005-02-15 | 3.800 | ON TARGET | FRONT END OPEARTIONS - ANN IS VERY GOOD AT FOLLOWING UP TO; ACCOUNTING REPORTS AND PEOPLE ISSUES.; ACCOUNTABILITY - ANN HOLDS ASSOCIATES ACCOUNTABLE; STORE MEETING - ANN HOLDS FRONT END MEETING REGULARLY WITH; REAL SUBSTANCE TO FIX POTENTIAL ISSUES.; LOOS PREVENTION - ANN HAS BEEN PERSONALLY ASSISTED WITH; MANY INTERNAL THEFT ISSUES.; INTEGRITY - THE ASSOCIATES HOLD ANN IN HIGH REGARD, SHE HOLD; EVERYONE EQUALLY ACCOUNTABLE. | C.B.W. - ANN NEED STO SPEND MORE TIME WALKING AND TALKING TO; HER ASSOCIATES.; COMMUNICATION - ANN'S COMMUNICATION IS SOMETIMES RECEIVED; DIFFERENTLY THAN IT IS INTENDED.; FOCUS - ANN NEEDS TO INCREASE HER MULTI- TASKINGS.; TRAINING - ANN NEEDS TO BE MORE PERSONALLY INVOLVED WITH; DAY TO DAY FRONT=END TRAINING. | | 3.000 | 3.999 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2006-04-01 | 3.800 | ON TARGET | ANN IS STRONG IN HER KNOWLEDGE OF OPERATIONS AND COMPLIANCE; ISSUES; SHE ALSO IS VERY KNOWLEDGABLE WITH COMPANY POLICY AND; PROACTIVELY ENSURES ASSOCIATES ARE FOLLOWING THE GUIDELINES; ANN IS VERY HONEST AND DIRECT IN HER DEALINGS WITH HER; ASSOCIATES; SHE HOLDS EVERYONE TO THE SAME ACCOUNTABILITY AND DOES NOT; SHOW FAVORITISM; ANN HAS EXCELLENT WORK ETHICS; SHE GOES BEYOND WHAT IS EXPECTED OF HER TO COMMUNICATE AND; WITH MANAGEMENT AND ASSOCIATES; SHE PUTS THE WELFARE OF THE STORE AND THE ASSOCIATES ABOVE; HER OWN | ANN NEEDS TO GET MORE INVOLVED IN THE CBWA PROCESS; SHE NEEDS TO CONDUCT DAILY TOURS OF HER AREAS AND THEN; PRIORITIZE HER DAY ACCORDINGLY; ANN NEEDS TO FOLLOW UP ON CBWA AND STAY FOCUSED ON GETTING; PROJECTS OR DAILY TASKS OF ASSOCIATES COMPLETED IN A; TIMELY MANNER; ANN NEEDS TO PERFECT HER MERCHANDISING SKILLS; SHE NEEDS TO SPEND MORE TIME ON THE FLOOR DAILY CHECKING; AND CHANGING FEATURES AS NEEDED | | 3.000 | 3.999 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2007-04-14 | 3.800 | ON TARGET | SERVANT LEADER; FIRM, FAIR AND CONSISTENT; CARES ABOUT HER PEOPLE AND HER STORE.; I FEEL ANN HAS A LOT TO OFFER, NOT ONLY THE STORE BUT THE; COMPANY; LOVES TO DEVELOP PEOPLE | SWAS; IN-STOCK; PEOPLE SKILLS, SOMETIMES CAN BE A LITTLE ROUGH AROUND THE; EDGES; ACCIDENT REDUCTIONS | | 3.000 | 3.999 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2008-04-01 | 3.400 | SOLID PERFORMER | ANN IS LOYAL, RESPONSIBLE AND RELIABLE - TRIES TO INSTILL; THIS IN OTHERS. SHE CARES ABOUT HER ASSOCIATES AND IS GOOD; WITH THE OPEN DOOR ISSUES. SHE IS GOOD AT FOLLOW UP AND; TRAINING WITH FOOD AND COMPLIANCE. ANN LOVES CHALLENGE AND; LEARNING NEW THINGS. SHE IS ALWAYS WILLING TO GO THE EXTRA; MILE TO GET TASKS COMPLETED. IDENTIFY OPPORTUNITIES AND GET; THEM FIXED. WANTS HER ASSOCIATES TO EXCELL AT WHATEVER THEY; DO. | IMPROVE ON INSTOCK. CONTINUE TO TEACH ASSISTANTS THE; IMPORTANCE OF REPORTS SUCH AS NEGATIVE ON HAND, OUT OF STOCK; AND NO ITEM MOVEMENT AND INACTIVE ITEMS. NEEDS TO GET A; BETTER UNDERSTANDING OF SHRINK MATRIX. CONTINUE TO LEARN; BUDGETS AND HOW WE GET TO OUR GOALS. CONTINUE TO FOCUS ON; SAFETY THROUGHOUT THE STORE. NEED TO CONTINUE TO MENTOR; ASSISTANTS. CONTINUE TO WORK ON PEOPLE AND COMMUNICATION; SKILLS. | | 3.000 | 3.749 |
| ANN | D | CURTSINGER | 1030 | P | PERFORMANCE | 2009-04-11 | 3.400 | SOLID PERFORMER | LEARNING PAPERWORK; PLANNING; HAVING A GOOD ROUTINE; DETAILED; PEOPLE SKILLS HAVE IMPROVED; I FEEL ANN IS READY TO RUN HER OWN STORE | FOLLOW UP; SETTING DEADLINES; TEACHING ASSISTANT MANAGERS WHAT TO LOOK FOR IN PAPERWORK; FOR SHRINK AND TO IMPROVE IN-STOCK; SUSTAINABILITY; FAST, CLEAN, AND FRIENDLY; MUST BE IN ALL AREAS EVERYDAY AND ENSURE YOUR ASSISTANT; MANAGERS WALK THRU ALL OF THEIR AREAS DAILY WHEN THEY ARE; HERE. | | 3.000 | 3.749 |
| ANN | D | CURTSINGER | 1030 | S | SALARY | 2010-04-15 | 3.000 | SOLID PERFORMER | ownership;accountability with her team;customer service;desire to learn | shrink matrix reviewing;reports to reduce shrink;more detail touring; mgt. routines;more c.b.w.a with assoc's;accident reduction.detail the scorecards to improve on them;communication at each level;must take clean to a hole new level | | 2.600 | 3.499 |
| ANN | D | CURTSINGER | 1030 | S | SALARY | 2011-04-18 | 3.000 | SOLID PERFORMER | Ann is able to go into a building and se opportunities right away, find the root causes and develop plans to fix them.People skills have improved;Leadership skills have improved;Ann takes ownership is all that she does | has improved on reports , but must continue to better plan not only merchandise planning but also finical plans;continue to grow in the community;continue to help assoc's grow in the community | | 2.600 | 3.499 |
| ANN | D | CURTSINGER | 1030 | S | SALARY | 2012-04-03 | 4.000 | EXCEEDS EXPECTATIONS | Training and development; A good Mentor; Helps run stores thru out the market, maintains standards;and sales and profit; Finds root causes and fixes the issues; Good Associate, needs to be running a store | Shrink reduction; O.S.A Store cleanliness; Continue to find more ways to run E.D.L.C | | 3.600 | 4.590 |
| ANN | D | CURTSINGER | 1030 | S | SALARY | 2013-04-06 | 2.000 | DEVELOPMENT NEEDED | Good Leader: Knowledge of operations: Inventory process: Helps run other stores in the absence of their Managers, for extended times: Ownership: | Compliance: Shrink reduction and training to others on this: In-stock Fresh areas | | 1.600 | 2.690 |
| ANN | D | CURTSINGER | 1603 | S | SALARY | 2014-04-05 | 3.000 | SOLID PERFORMER | Leadership, Leading other stores in the absence of managers Leads the implementation of new initiatives | Touring Shrink Floors | | 2.700 | 3.590 |
| ANN | D | CURTSINGER | 1603 | S | SALARY | 2015-04-04 | 4.000 | EXCEEDS EXPECTATIONS | Teamwork - supports peer facilities. Continuous Improvement - Acts on tour notes and grows consistency among her team. Talent Development - Has promoted team members and back filled with success. | Financial acuity - manages finances, but can grow in understanding. Community Involvement. Theme Merchandising to continue average ticket growth. :Ii | | 3.600 | 4.590 |
| ANN | D | CURTSINGER | 1603 | S | SALARY | 2016-04-02 | 3.000 | SOLID PERFORMER | Engagement with associates Consistent improvement Inventory management | External networking Seasonal merchandising Exporting of talent | | 2.700 | 3.590 |
| ANN | D | CURTSINGER | 1603 | S | SALARY | 2017-04-01 | 3.000 | SOLID PERFORMER | Trustworthy Leadership Financial Management Customer Engagement | Grow and Export Talent Positive Ownership of Change Avoid Deflection of Responsibility of Execution Exceptions | | 2.700 | 3.590 |
| ANN | D | CURTSINGER | 1603 | S | SALARY | 2018-03-31 | 3.000 | SOLID PERFORMER | Great sense of urgency Works to drive great engagement in her store Sets clear expectations with her team Communicates well with MM and team on support needed Focuses on trying to plan ahead | Must nail all digital areas of our business this year (OGP/GM Pickup, Lockers, WMPay, Mobile Express, SCO, etc..) CAP/Topstock focus - Must be flawless execution Shrink focus - driving all tasks and processes related to shrink CFF/Store standards, Feature presentation, consistent zoning. Consistency with team on detailed touring Turnover. Talent development Driving people OBW - Developing leaders | | 2.700 | 3.590 |
| ANN | D | CURTSINGER | 1603 | S | SALARY | 2019-03-30 | 3.000 | SOLID PERFORMER | | | | 2.700 | 3.590 |

| First | MI | Last | Emp# | | Review Type | Date | Score | Rating | | | Comments | Score | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOSHUA | T | STEVENSON | 1603 | 3 | YEARLY REVIEW | 2016-04-24 | 3.000 | VALUED PERFORMANCE | | | Josh is always nice to customer's and talks to them as they walk up to his register. He knows his area and does not mind helping out in other areas when needed. He also uses Bob and Lisa to ensure all sales are taken care of. Josh needs to work on his fast part of the cff. | 3.000 | 3.999 |
| JOSHUA | T | STEVENSON | 1603 | 3 | YEARLY REVIEW | 2017-04-30 | 3.000 | VALUED PERFORMANCE | | | Joshua is always willing to do anything asked of him. Joshua is good dealing with needs of the customer. Joshua would benefit by being more outgoing/vocal. Joshua needs to make sure he is asking every customer about applying for a WM credit card. | 3.000 | 3.999 |
| JOSHUA | T | STEVENSON | 1603 | 3 | YEARLY REVIEW | 2018-04-20 | 3.000 | VALUED PERFORMANCE | | | Joshua is an excellent cashier and has received many compliments from customers in regards to how helpful Joshua is as well as how he is willing to go above and beyond to ensure each customer has a pleasant checkout experience. Joshua needs to strive to be more vocal in asking for assistance from CSMs when needed. | 3.000 | 3.999 |
| JOSHUA | T | STEVENSON | 1603 | 3 | YEARLY REVIEW | 2019-04-06 | 3.000 | VALUED PERFORMANCE | | | Joshua does a great job at servicing his customers. However Joshua does need to work on retaining info pertaining to performing certain processes and procedures on the register. | 3.000 | 3.999 |