# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

## ROCK HILL DIVISION

| | |
|---|---|
| Vickie J. McCree, as Personal Representative of the Estate of Ariane L. McCree, <br><br>    Plaintiff, <br><br> v. <br><br> City of Chester; Nicholas A. Harris, in his individual capacity; Justin M. Baker, in his individual capacity; Walmart Inc.; and Walmart Stores East, L.P., <br><br>    Defendants. | Civil Action No. 0:20-cv-00867-JFA-PJG |

  Notice is hereby given that Plaintiff Vickie J. McCree, as Personal Representative of the Estate of Ariane L. McCree in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Opinion as to the federal civil rights claims brought pursuant to 42 U.S.C. § 1983 entered in this action of the 8th day of February 2023.

Dated: March 10, 2023             Respectfully submitted,

                       **McLEOD LAW GROUP, LLC**

                       Post Office Box 21624
                       Charleston, South Carolina 29413
                       (843) 277-6655

                       *s/ Colin V. Ram*
                       Colin V. Ram, No. 12958
                       W. Mullins McLeod, Jr., No. 7142
                       colin@mcleod-lawgroup.com
                       *Attorneys for Plaintiff*